# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>NICOLE S. ELMORE<br>800 UNION BLVD APT 305<br>ENGLEWOOD, OH 45322 | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form<br><br>Case No.    3:15-PO-082<br>USM No.<br><br>Thomas W. Anderson<br>Defendant's Attorney |

**THE DEFENDANT:**     NICOLE S. ELMORE

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18USC7 & 13 and 38 CFR 1.218(a)(b)(11) | Disorderly Conduct | 1/16/2015 | 1 |
| 18 USC 7 & 13 and ORC 2903.12(A)(1) | Assault | 1/16/2015 | 2 |

☑ Count(s)  1 and 2     ☐ is   ☑ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** $0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  5691

Defendant's Year of Birth:  1975

City and State of Defendant's Residence:
ENGLEWOOD, OH

6/26/2015
Date of Imposition of Judgment

s/Michael J. Newman
Signature of Judge

Michael J. Newman United States Magistrate Judge
Name and Title of Judge

6/5/2019
Date

DEFENDANT: NICOLE S. ELMORE

CASE NUMBER: 3:15-PO-082

DISTRICT: SOUTHERN DISTRICT OF OHIO

**Judgment in a Criminal Case Personal Identification Attachment**
**(Not for Public Disclosure)**

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.: ###-##-5691

Defendant's Date of Birth: 1975

Defendant's Residential Address : 800 UNION BLVD APT 305
ENGLEWOOD, OH 45322

Defendant's Mailing Address :
*(if different)*